## Earnings Statement 1

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 41-9277 | B M HARER | 06456080 | 16 23 | 71590786 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 1933 | 844 | W | 14.44 | 279.13 |
| 2 | Q 01 | 1933 | 844 | O | 1.14 | 33.05 |
| 2 | Q 01 | 1933 | 844 | N | .14 | .16 |
| 1 | Q 01 | 1933 | 844 | V | 2.19 | 84.67 |
| 1 | Q 01 | 1933 | 844 | W | 40.00 | 773.20 |
| 1 | Q 01 | 1933 | 844 | O | 15.34 | 444.79 |
| 1 | Q 01 | 1933 | 844 | N | 7.27 | 8.43 |
| | | FLSA | | | | 57.53 |

### Gross to Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 1623.43 | 7613.47 |
| FED TAX HO | 86.73 | 484.14 |
| ST TAX PASO | 49.84 | 233.73 |
| RETIRE | .00 | .00 |
| MEDICARE | 23.54 | 110.40 |
| UN L | 30.88 | 61.76 |
| SOSEC | 100.66 | 472.04 |

### Leave Status

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 16.00 |
| + AL HOL EARNED YTD | 0.00 |
| – AL USED YTD | 0.00 |
| = EARNED AL BAL | 16.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 16.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| – SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

**NET PAY 1331.78**

---

## Earnings Statement 2

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 41-9277 | B M HARER | 06456080 | 17 23 | 71648081 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 1933 | 844 | W | 28.62 | 553.22 |
| 2 | Q 01 | 1933 | 844 | O | 2.02 | 58.57 |
| 2 | Q 01 | 1933 | 844 | N | 1.42 | 1.65 |
| 1 | Q 01 | 1933 | 844 | W | 26.34 | 509.15 |
| 1 | Q 01 | 1933 | 844 | O | .80 | 23.20 |
| 1 | Q 01 | 1933 | 844 | N | 1.90 | 2.20 |

### Gross to Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 1147.99 | 8761.46 |
| FED TAX HO | 34.80 | 518.94 |
| ST TAX PASO | 35.24 | 268.97 |
| RETIRE | .00 | .00 |
| MEDICARE | 16.64 | 127.04 |
| UN L | 30.88 | 92.64 |
| SOSEC | 71.17 | 543.21 |

### Leave Status

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 20.00 |
| + AL HOL EARNED YTD | 0.00 |
| – AL USED YTD | 0.00 |
| = EARNED AL BAL | 20.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 20.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| – SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

**NET PAY 959.26**

## Pay Stub 1

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 41-9277 | B M HARER | 06456080 | 13 23 | 71419740 |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 1933 | 844 | W | 37.07 | 716.56 |
| 1 | Q 01 | 1933 | 844 | W | 25.75 | 497.75 |
| 1 | Q 01 | 1933 | 844 | O | 1.63 | 47.26 |
| 1 | Q 01 | 1933 | 844 | N | .63 | .73 |

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 1262.30 | 1262.30 |
| FED TAX HO | 46.23 | 46.23 |
| ST TAX PASO | 38.75 | 38.75 |
| RETIRE | .00 | .00 |
| MEDICARE | 18.30 | 18.30 |
| SOSEC | 78.26 | 78.26 |

### LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 3.00 |
| + AL HOL EARNED YTD | 0.00 |
| – AL USED YTD | 0.00 |
| = EARNED AL BAL | 3.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 3.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| – SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

**NET PAY 1080.76**

---

## Pay Stub 2

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 41-9277 | B M HARER | 06456080 | 14 23 | 71444526 |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 1933 | 844 | V | 1.92 | 35.57 |
| 2 | Q 01 | 1933 | 844 | W | 40.00 | 773.20 |
| 2 | Q 01 | 1933 | 844 | O | 16.00 | 463.93 |
| 2 | Q 01 | 1933 | 844 | N | 5.34 | 6.19 |
| 1 | Q 01 | 1933 | 844 | W | 40.00 | 773.20 |
| 1 | Q 01 | 1933 | 844 | O | 6.86 | 198.91 |
| 1 | Q 01 | 1933 | 844 | N | 3.73 | 4.33 |
| | FLSA | | | | 10.78 | .31 |

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 2255.64 | 3517.94 |
| FED TAX HO | 162.60 | 208.83 |
| ST TAX PASO | 69.25 | 108.00 |
| RETIRE | .00 | .00 |
| MEDICARE | 32.71 | 51.01 |
| SOSEC | 139.85 | 218.11 |

### LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 8.00 |
| + AL HOL EARNED YTD | 0.00 |
| – AL USED YTD | 0.00 |
| = EARNED AL BAL | 8.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 8.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| – SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

**NET PAY 1851.23**

---

## Pay Stub 3

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 41-9277 | B M HARER | 06456080 | 15 23 | 71501288 |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 1933 | 844 | V | 1.99 | 76.93 |
| 2 | Q 01 | 1933 | 844 | W | 40.00 | 773.20 |
| 2 | Q 01 | 1933 | 844 | O | 13.63 | 395.21 |
| 2 | Q 01 | 1933 | 844 | N | 5.88 | 6.82 |
| 1 | Q 01 | 1933 | 844 | V | .50 | 19.33 |
| 1 | Q 01 | 1933 | 844 | W | 40.00 | 773.20 |
| 1 | Q 01 | 1933 | 844 | O | 10.61 | 307.64 |
| 1 | Q 01 | 1933 | 844 | N | 3.27 | 3.79 |
| | | | | L | 6.00 | 115.98 |
| | FLSA | | | | 106.73 | |

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 2472.10 | 5990.04 |
| FED TAX HO | 188.58 | 397.41 |
| ST TAX PASO | 75.89 | 183.89 |
| RETIRE | .00 | .00 |
| MEDICARE | 35.85 | 86.86 |
| UN L | 30.88 | 30.88 |
| SOSEC | 153.27 | 371.38 |

### LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 0.00 |
| + AL EARNED YTD | 12.00 |
| + AL HOL EARNED YTD | 0.00 |
| – AL USED YTD | 0.00 |
| = EARNED AL BAL | 12.00 |
| + AL ADVANCED | 0.00 |
| = AVAIL AL BAL | 12.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 0.00 |
| – SL USED YTD | 0.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.00 |
| PP01 TO CURRENT PP | 0.00 |
| USPS RETIREMENT | 0.00 |

**NET PAY 1987.63**