# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### WILLIAMSPORT DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | CASE NO.  4:23-BK-01767-MJC |
| BRETT MICHAEL HARER | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  1616 LOUISA ST, WILLIAMSPORT, PA 17701 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*6839**

NOW COMES Nationstar Mortgage LLC, by and through its attorney Brock and Scott,

PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause

and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents

and hearings; that it receive copies of all documents; and be added to the matrix to be served at

the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

Mr. Cooper
8950 Cypress Waters Boulevard
Coppell, Texas 75019

Please take notice that the undersigned hereby appears as counsel for Nationstar Mortgage

LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the

instant case noted above and should not be construed as unlimited representation of the Creditor

22-10221 BKMFR01

 

with respect to any and all matters, proceedings, or actions that may be taken in the instant case or

any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

22-10221 BKMFR01