**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Brett Michael Harer<br>**Debtor 1**<br><br>MC Federal Credit Union<br>**Movant(s)**<br>v.<br>Brett Michael Harer<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 4:23-BK-01767-MJC<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 26 |

### DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
### FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Brett Michael Harer, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Upon information and belief, the averment as stated in Paragraph 2 is admitted.

3. Paragraph 3 contains a conclusion of law to which no response is required.

4. Admitted in part, denied in part. It is admitted that Debtor(s) have defaulted on the payments. By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties. Debtor(s) are without sufficient knowledge as to the truth of the remaining costs incurred; therefore, it is denied.

5. Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6. Admitted.

7. Paragraph 7 is omitted from the original pleading.

8. Paragraph 8 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: November 8, 2023

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

|  |  |
|---|---|
| Brett Michael Harer<br>**Debtor 1**<br><br>MC Federal Credit Union<br>**Movant(s)**<br>v.<br>Brett Michael Harer<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 4:23-BK-01767-MJC<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 26 |

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, November 8, 2023, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Milos Gvozdenovic, Esquire
Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Cleveland, OH 44131
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire