# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** **BRETT MICHAEL HARER** | **CHAPTER** 13 |
| | **CASE NO.** 4:23-bk-01767-MJC |
| Debtor(s) | **NATURE OF PROCEEDING:** Motion for Relief from Stay |
| **Nationstar Mortgage LLC** | **DOCUMENT No.** 29 |
| Plaintiff(s)/ Movants | |
| vs. BRETT MICHAEL HARER | |
| Defendant(s)/ Respondent(s) | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☒ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **December 14, 2023**          /s/ Mario Hanyon
                                       Attorney for:   Nationstar Mortgage LLC

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.