United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 23-01767-MJC
Brett Michael Harer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Feb 13, 2024      Form ID: ntnoshow      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brett Michael Harer, 1616 Louisa Street, Williamsport, PA 17701-1638 |
| 5558465 | + | AA Self Storage, 2480 Lycoming Creek Road, Williamsport, PA 17701-1164 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5558466 | | Email/Text: EBN@brockandscott.com | Feb 13 2024 18:42:00 | Brock & Scott, PLLC, 1315 Westbrook Plaza Drive #100, Winston Salem, NC 27103 |
| 5558467 | | Email/Text: mrdiscen@discover.com | Feb 13 2024 18:42:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5559441 | | Email/Text: mrdiscen@discover.com | Feb 13 2024 18:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5558468 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 13 2024 18:42:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5558469 | + | Email/Text: cschmidt@mcfcu.org | Feb 13 2024 18:42:00 | MC Federal Credit Union, 390 Walnut Street, Danville, PA 17821-1503 |
| 5571448 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2024 18:42:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5558470 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2024 18:42:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Feb 13, 2024 | Form ID: ntnoshow | Total Noticed: 9 |

Date: Feb 15, 2024  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| Milos Gvozdenovic | on behalf of Creditor MC Federal Credit Union mgvozdenovic@weltman.com pitecf@weltman.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Brett Michael Harer pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brett Michael Harer,

**Debtor 1**

Chapter 13

Case No. 4:23−bk−01767−MJC

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **March 4, 2024** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 4, 2024**.

**If no objections are filed by March 4, 2024, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 13, 2024 |

ntnoshow (07/18)