United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Brett Michael Harer  
    Debtor

Case No. 23-01767-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 08, 2024     Form ID: ordsmiss     Total Noticed: 9

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brett Michael Harer, 1616 Louisa Street, Williamsport, PA 17701-1638 |
| 5558465 | + | AA Self Storage, 2480 Lycoming Creek Road, Williamsport, PA 17701-1164 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5558466 | | Email/Text: EBN@brockandscott.com | Mar 08 2024 18:44:00 | Brock & Scott, PLLC, 1315 Westbrook Plaza Drive #100, Winston Salem, NC 27103 |
| 5558467 | | EDI: DISCOVER | Mar 08 2024 23:41:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5559441 | | EDI: DISCOVER | Mar 08 2024 23:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5558468 | + | EDI: LCIICSYSTEM | Mar 08 2024 23:41:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5558469 | + | Email/Text: cschmidt@mcfcu.org | Mar 08 2024 18:44:00 | MC Federal Credit Union, 390 Walnut Street, Danville, PA 17821-1503 |
| 5571448 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2024 18:44:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5558470 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 08 2024 18:44:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| Milos Gvozdenovic | on behalf of Creditor MC Federal Credit Union mgvozdenovic@weltman.com pitecf@weltman.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Brett Michael Harer pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brett Michael Harer,            Chapter     13

     **Debtor 1**

                                      Case No.     4:23−bk−01767−MJC

## Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: March 8, 2024

ordsmiss (05/18)