UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Brett Michael Harer<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 4:23-bk-01767-MJC<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## MOTION FOR TERMINATION OF WAGE ATTACHMENT ORDER

AND NOW, come the Debtor(s), Brett Michael Harer, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Termination of Wage Attachment Order and aver as follows:

1) Debtor(s) filed a Chapter 13 Petition on or about August 3, 2023.

2) Debtor 1 receives regular income from employment with United States Postal Service which has been attached under 11 U.S.C. §1326 to fund Debtor(s)' Chapter 13 Plan.

3) Debtor 1 wishes to terminate this wage attachment.

WHEREFORE, Debtor(s) respectfully requests that this Court enter an Order directing the above-mentioned employer to cease immediately this wage attachment to the Standing Chapter 13 Trustee.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: March 20, 2024 | /s/ Brett Michael Harer |
|   | Debtor 1 |
|   | **DETHLEFS PYKOSH & MURPHY** |
|   | /s/ Paul D. Murphy-Ahles |
|   | Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brett Michael Harer
**Debtor 1**

**Chapter** 13

**Case No.** 4:23-bk-01767-MJC

**Matter:** Motion for Termination of Wage Attachment Order

### ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$655.34** from each **bi-weekly** paycheck.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brett Michael Harer
**Debtor 1**

**Chapter** 13

**Case No.** 4:23-bk-01767-MJC

**Matter:** Motion for Termination of Wage Attachment Order

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, March 20, 2024, I served a true and correct copy of the **Debtor(s)' Motion for Termination of Wage Attachment Order and proposed Order** in this proceeding upon the following:

<u>Via USPS First Class Mail</u>
United States Postal Service
Involuntary Deductions Unit
2825 Lone Oak Parkway
Saint Paul, MN 55121

<u>Via Electronic Means</u>
Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo US Courthouse
1501 North Sixth Street, 3rd Floor
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire