

2132 Market Street
Camp Hill, PA 17011
Phone: (717) 975-9446
Fax: (717) 975-2309
Email: info@dplglaw.com
www.dplglaw.com



INVOICE

Invoice # 18712
Date: 04/30/2024
Due Upon Receipt

Mr. Brett Michael Harer
1616 Louisa Street
Williamsport, PA 17701

# 07183-Harer

## Chapter 13 Bankruptcy

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/03/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: email to client with document checklist, information regarding emergency filing and deadlines | 0.30 | $400.00 | $120.00 |
| 08/03/2023 | PDM | A103 Draft/revise L140 Document/File Management: review emergency petition before filing with Court | 0.40 | $400.00 | $160.00 |
| 08/03/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize emergency Voluntary Peititon; file same with Court | 0.50 | $150.00 | $75.00 |
| 08/03/2023 | KSG | A107 (UK) Communicate (Other Party(s)/other outside lawyers) L140 Document/File Management: draft notice to Lycoming County Sheriff regarding bankruptcy filing; serve same via facsimile | 0.20 | $150.00 | $30.00 |
| 08/03/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: email to client providing credit counseling information | 0.20 | $400.00 | $80.00 |
| 08/04/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding 341 Meeting of Creditors scheduled for September 11, 2023 at 9:00 AM; mail same to client | 0.20 | $150.00 | $30.00 |
| 08/14/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: email to client regarding documentation required to finalize petition with Court | 0.20 | $400.00 | $80.00 |
| 08/14/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client about correspndence from PA Department of Revenue regarding unfiled tax returns; mail same to client | 0.20 | $150.00 | $30.00 |
| 08/21/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Motion to Dismiss filed by the Standing Chapter 13 Trustee for failure to complete emergency petition with Court | 0.20 | $400.00 | $80.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/21/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client requesting update on documentation required to complete petition and unfiled tax returns | 0.30 | $400.00 | $120.00 |
| 08/21/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding Motion to Dismiss for failure to complete petition; mail same to client | 0.20 | $150.00 | $30.00 |
| 08/24/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: email to client regarding documentation required to finalize petition with Court | 0.20 | $400.00 | $80.00 |
| 08/25/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding loss mitigation options from Nationstar Mortgage; mail same to client | 0.20 | $150.00 | $30.00 |
| 08/29/2023 | PDM | A103 Draft/revise L140 Document/File Management: finalize voluntary petition and supporting schedules, draft Chapter 13 Plan | 1.20 | $400.00 | $480.00 |
| 08/31/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: meet w/ client to review and sign Petition, Chapter 13 Plan; discuss timeline and the filing of missing tax returns | 0.50 | $400.00 | $200.00 |
| 08/31/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding 341 Meeting of Creditors rescheduled for October 30, 2024 at 11:00 AM; mail same to client | 0.20 | $150.00 | $30.00 |
| 09/01/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Voluntary Petition and supporting schedules, Chapter 13 Plan, Request for Compensation; file same with Court | 0.80 | $150.00 | $120.00 |
| 09/01/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to USPS regarding Motion for Wage Attachment Order; mail same to employer and client | 0.20 | $150.00 | $30.00 |
| 09/07/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Motion for Wage Attachment Order; file same with Court and serve on employer | 0.20 | $150.00 | $30.00 |
| 09/10/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client regarding 341 Meeting of Creditors scheduledd for September 11, 2023 at 9:00 AM; requested update on unfiled tax returns | 0.30 | $400.00 | $120.00 |
| 10/24/2023 | KSG | A106 Communicate (with client) L110 Fact Investigation/Development: email w/ client regarding 341 Meeting of Creditors scheduled for October 30, 2023 at 11:00 AM | 0.20 | $150.00 | $30.00 |
| 10/27/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: meeting w/ client regarding 341 Meeting of Creditors and unfiled tax returns | 0.40 | $400.00 | $160.00 |
| 10/27/2023 | PDM | A104 Review/analyze L140 Document/File Management: review finalized petition and supporting schedules and Chapter 13 Plan for filing; prepare for 341 Meeting of Creditors scheduled for October 30, 2024 at 11:00 AM | 0.40 | $400.00 | $160.00 |
| 10/30/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client regarding adjourned 341 Meeting of Creditors due to unfiled tax returns | 0.20 | $400.00 | $80.00 |
| 10/30/2023 | PDM | A109 Appear for/attend JM30 Hearings: attend 341 Meeting of Creditors; matter adjourned and continued for November 13, 2024 at 11:30 AM | 0.40 | $400.00 | $160.00 |
| 10/30/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding 341 Meeting of Creditors scheduled for November 13, 2023 at 11:30 AM; mail same to client | 0.20 | $150.00 | $30.00 |
| 10/30/2023 | KSG | A106 Communicate (with client) L110 Fact Investigation/Development: email w/ client regarding 341 Meeting of Creditors scheduled for November 13, 2023 at 11:30 AM | 0.20 | $150.00 | $30.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Motion for Relief from the Automatic Stay filed by MC Federal Credit Union regarding 2013 GMC Acadia | 0.40 | $400.00 | $160.00 |
| 11/07/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding Motion for Relief from the Automatic Stay filed by MC Federal Credit Union regarding 2013 GMC Acadia; mail same to client | 0.20 | $150.00 | $30.00 |
| 11/08/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client regarding Motion for Relief from the Automatic Stay filed by MC Federal Credit Union regarding 2013 GMC Acadia | 0.20 | $400.00 | $80.00 |
| 11/08/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft Answer to Motion for Relief from the Automatic Stay filed by MC Federal Credit Union regarding 2013 GMC Acadia | 0.40 | $400.00 | $160.00 |
| 11/08/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Answer to Motion for Relief from Automatic Stay filed by MC Federal Credit Union regarding 2013 GMC Acadia; file same with Court and serve creditor | 0.20 | $150.00 | $30.00 |
| 11/13/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding 341 Meeting of Creditors scheduled for December 18, 2023 at 10:30 AM; mail same to client | 0.20 | $150.00 | $30.00 |
| 11/13/2023 | KSG | A106 Communicate (with client) L110 Fact Investigation/Development: email w/ client regarding 341 Meeting of Creditors scheduled for December 18, 2023 at 10:30 AM | 0.20 | $150.00 | $30.00 |
| 11/24/2023 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client regarding Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding client's personal residence | 0.20 | $400.00 | $80.00 |
| 11/24/2023 | PDM | A104 Review/analyze L140 Document/File Management: review Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding client's personal residence | 0.40 | $400.00 | $160.00 |
| 11/25/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding Motion for Relief from Automatic Stay filed by Nationstar Mortgage regarding client's personal residence; mail same to client | 0.20 | $150.00 | $30.00 |
| 11/27/2023 | PDM | A103 Draft/revise L140 Document/File Management: draft Answer to Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding client's personal residence | 0.40 | $400.00 | $160.00 |
| 11/27/2023 | KSG | A103 Draft/revise L140 Document/File Management: finalize Answer to Motion for Relief from Automatic Stay filed by Nationstar Mortgage regarding client's personal residence; file same with Court and serve creditor | 0.20 | $150.00 | $30.00 |
| 12/05/2023 | PDM | A107 (UK) Communicate (Other Party(s)/other outside lawyers) JM30 Hearings: call w/ Attorney Milos Gvozenovic regarding Motion for Relief from the Automatic Stay filed by MC Federal Credit Union regarding 2013 GMC Acadia; Answer will be withdrawn and relief to be granted | 0.20 | $400.00 | $80.00 |
| 12/07/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding Order granting Motion for Relief from Automatic Stay filed by MC Federal Credit Union regarding 2013 GMC Acadia; mail same to client | 0.10 | $150.00 | $15.00 |
| 12/13/2023 | PDM | A107 (UK) Communicate (Other Party(s)/other outside lawyers) JM30 Hearings: call w/ Attorney Mario Hanyon regarding Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding client's personal property; Stipulation to be filed curing arrears | 0.20 | $400.00 | $80.00 |
| 12/18/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding 341 Meeting of Creditors scheduled for February 12, 2024 at 11:00 AM; mail same to client | 0.20 | $150.00 | $30.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/2023 | KSG | A106 Communicate (with client) L140 Document/File Management: email w/ client regarding 341 Meeting of Creditors and unfiled tax returns | 0.20 | $150.00 | $30.00 |
| 12/21/2023 | KSG | A106 Communicate (with client) L110 Fact Investigation/Development: email w/ client regarding 341 Meeting of Creditors scheduled for February 12, 2024 at 11:00 AM | 0.20 | $150.00 | $30.00 |
| 12/28/2023 | PDM | A104 Review/analyze L140 Document/File Management: review and sign Stipulation resolving Motion for Relief from the Automatic Stay filed by Nationstar Mortgage regarding client's personal residence | 0.30 | $400.00 | $120.00 |
| 01/04/2024 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding Stipulation resolving Motion for Relief from Automatic Stay filed by Nationstar Mortgage regarding client's personal residence; mail same to client | 0.10 | $150.00 | $15.00 |
| 01/05/2024 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client reviewing First Amended Plan | 0.20 | $400.00 | $80.00 |
| 01/05/2024 | PDM | A103 Draft/revise L140 Document/File Management: draft First Amended Plan | 0.40 | $400.00 | $160.00 |
| 01/06/2024 | KSG | A103 Draft/revise L140 Document/File Management: finalize First Amended Plan, draft Notice and Certificate of Service, file same with Court and serve on creditors | 0.30 | $150.00 | $45.00 |
| 01/06/2024 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding First Amended Plan; mail same to client | 0.10 | $150.00 | $15.00 |
| 01/12/2024 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding mortgage assistance representative with Nationstar Mortgage; mail same to client | 0.20 | $150.00 | $30.00 |
| 01/31/2024 | PDM | A106 Communicate (with client) L140 Document/File Management: call w/ client requesting update on unfiled tax returns and 341 Meeting of Creditors scheduld for February 12, 2024 at 11:00 AM | 0.20 | $400.00 | $80.00 |
| 02/11/2024 | PDM | A101 Plan and prepare for L450 Trial and Hearing Attendance: prepare for 341 Meeting of Creditors scheduled for February 12, 2024 at 11:00 AM | 0.30 | $400.00 | $120.00 |
| 02/12/2024 | PDM | A101 Plan and prepare for L450 Trial and Hearing Attendance: attend 341 Meeting of Creditors; client did not appear; matter adjourned and notice of failure to appear to be filed requesting dismissal of case | 0.30 | $400.00 | $120.00 |
| 03/08/2024 | PDM | A104 Review/analyze L140 Document/File Management: review Order dismissing case | 0.10 | $400.00 | $40.00 |
| 03/08/2024 | KSG | A106 Communicate (with client) L140 Document/File Management: draft letter to client regarding case dismissal; mail same to client | 0.20 | $150.00 | $30.00 |
| 03/19/2024 | KSG | A107 (UK) Communicate (Other Party(s)/other outside lawyers) L140 Document/File Management: review email from Donna Schott with the Standing Chapter 13 Trustee's office regarding termination of client's wage attachment | 0.10 | $150.00 | $15.00 |
| 03/20/2024 | KSG | A103 Draft/revise L140 Document/File Management: draft Motion for Termination of Wage Attachment Order; file with Court and serve same on employer | 0.20 | $150.00 | $30.00 |
| 03/22/2024 | KSG | A103 Draft/revise L140 Document/File Management: draft letter to USPS regarding Order granting Motion for Termination of Wage Attachment Order; mail same to client and employer | 0.20 | $150.00 | $30.00 |
| | | | | Subtotal | $4,780.00 |
| | | | | Total | $4,780.00 |